# United States District Court
## Violation Notice

| | | |
|---|---|---|
| CS70 | | |
| Violation Number | Officer Name (Print) | Officer No. |
| 6336869 | BISCH | 326 |

6336869

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 6/8/2017 @ 1825
Offense Charged: 38 1.218(b)(29) CFR

Place of Offense: 1300 Rancho Del Oro D.

Offense Description; Factual Basis for Charge: Parking in spaces posted as reserved or in excess of time.

### DEFENDANT INFORMATION

Last Name: Hardy
First Name: Brent
M.I.: R

Tag No: 7XTA231
State: CA
Year: 17
Make/Model: Ford Focus
Color: White

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 50.00 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 80.00 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: parking, not present

(Rev 09/2015)   Original - CVB Copy

CVB SCAN JUN 29, 2017 08:47

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 8th, 2017 while exercising my duties as a law enforcement officer in the Southern District of California

I observed a vehicle parked in the patient parking lot after hours unattended. I conducted a search of the building and did not locate the owner. I closed the building and cited the owner of the vehicle for unauthorized parking and leaving his vehicle on property.

The defendant was not present so I left the citation on the windshield of the vehicle.

The foregoing statement is based on my observation

The total collateral for his violation is $80.00

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/08/2017   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN JUN 29, 2017 08:47